# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TRACYE ROSE**                                                                 **PLAINTIFF**

V.                  **CASE NO. 3:16-CV-77-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                         **DEFENDANT**

## JUDGMENT

In accordance with the Order entered in this case, Judgment is hereby rendered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, and against Plaintiff Tracye Rose.

IT IS SO ORDERED this 31st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE